AVVOCATO & TUCH, INC., Respondent, v. PACIFIC NATIONAL FIRE INSURANCE COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 975.]

GOLDEN BUDDHA INC., et al., Appellants, v. NEW YORK TIMES COMPANY, et al., Respondents, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [182 Misc. 579.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERALDINE GREAVES, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ELMER S. HYDE, Appellant, v. JAMES P. MACBRASWELL et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 954.]

CHARLES J. JOHNSON et al., Respondents-Appellants, v. SINCLAIR REFINING COMPANY, Appellant, and ALBERT J. FARQUHAR, Defendant-Respondent.— Judgment unanimously affirmed, with costs to the plaintiffs against the defendant Sinclair Refining Company and with costs to defendant Albert J. Farquhar against the plaintiffs and Sinclair Refining Company. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See post, p. 975.]

CHRISTOPHER DE FRANCO, Respondent, v. BURWAK ELEVATOR COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUY CARY et al., as Ancillary Executors of and Trustees under the Will of ROBERT W. GOELET, Deceased, Appellants, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. (Madison Avenue and 47th St., Block 1282, Lot 56, Manhattan, Tax Year 1941–1942.) (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUY CARY et al., as Ancillary Executors of and Trustees under the Will of ROBERT W. GOELET, Deceased, Appellants, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. (No. 8–14 East 47th St., Block 1282, Lot 64, Manhattan, Tax Year 1941–1942.) (Appeal No. 2.) THE PEOPLE OF THE STATE OF NEW YORK ex rel. PRESIDENT & FELLOWS OF HARVARD COLLEGE, Appellants, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, Respondents. (No. 7–15 East 46th St., Block 1282, Lot 8, and No. 17–29 East 46th St., Block 1282, Lot 17, Manhattan, Tax Year 1941–1942.) (Appeal No. 3.) — Orders, so far as appealed from, affirmed, with twenty dollars costs and disbursements. See People ex rel. Northchester Corp. v. Miller (288 N. Y. 163; reargument denied 289 N. Y. 634). Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to reverse and adopt and confirm the values found by the court at Special Term.